IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:18cv211, Case Name Tekle vs Al Saud
Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Agnieszka Maria Fryszman
Bar Identification Number 459208   State District of Columbia
Firm Name Cohen Milstein Sellers & Toll
Firm Phone # 202 408 400   Direct Dial # 202 408 4611   FAX # 202 408 4699
E-Mail Address afryszman@cohenmilstein.com
Office Mailing Address Cohen Milstein, 1100 New York Ave, NW Suite 500, Washington, DC 20005

Name(s) of federal court(s) in which I have been admitted U.S. Supreme Court; Ct of Appeals for D.C., 2d & 9th Cir; U.S. Dist Ct for D.C.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   2/23/18 (Date)
NICHOLAS MARRITZ
(Typed or Printed Name)   89795 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

2/26/18 (Date)

T. S. Ellis, III
United States District Judge