# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _1:18CV211_, Case Name _Tekle v. Al Salid_
Party Represented by Applicant: _Plaintiff_

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) _LEAKE TSEGAY FESSEHA_
Bar Identification Number _4818647_                   State _NEW YORK_
Firm Name _LEAKE FESSEHA, ATTY AT LAW, PLLC_
Firm Phone # _703.302.3410_          Direct Dial # _703.302.3410_          FAX # _703 592.9000_
E-Mail Address _leakef@hotmail.com_
Office Mailing Address _901 S. HIGHLAND ST. STE. 312, ARLINGTON, VA 22204_

Name(s) of federal court(s) in which I have been admitted _U.S COURT OF APPEALS FOR THE FOURTH CIRCUIT_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

(Signature)

_NICHOLAS MARRITZ_
(Typed or Printed Name)

1/31/18
(Date)

_89795_
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _✓_ or Exemption Granted _____

The motion for admission is GRANTED _✓_ or DENIED _____

(Date)

/s/

**T. S. Ellis, III**
**United States District Judge**