UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE, <br><br> *Plaintiff*, <br><br> v. <br><br> NOUF BINT NAYEF ABUL-AZIZ AL SAUD, <br> MOHAMMAD BIN ABDULLAH AL SAUD <br><br> *Defendants*. | Case No.: 1:18-cv-211 |

**Declaration of Agnieszka M. Fryszman**

I, AGNIESZKA M. FRYSZMAN, DECLARE:

1. I am an attorney at the law firm of Cohen Milstein Sellers & Toll PLLC and counsel to Plaintiff Simret Semere Tekle in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Leave to Serve Process by Alternative Means.

2. Co-counsel Jenner & Block LLP has retained the services of Same Day Process Service, Inc. to attempt personal service on Defendants Nouf bint Nayet Abul-Aziz Al Saud and Mohammad bin Abdullah Al Saud at their home in Great Falls, Virginia.

3. Appended hereto as Exhibit 1 is a true and correct copy of a report prepared by Same Day Process Service, Inc. which details all of the attempts at personal service made by Same Day Process Service, Inc.

4. I have been informed by Same Day Process Service, Inc. that it has made a total of six separate attempts to effect personal servants on the Defendants. All of these attempts have been unsuccessful.

1

5. I have been informed by Same Day Process Service, Inc. that the first attempt at service was made on February 28, 2018.

6. I have been informed by Same Day Process Service, Inc. that on March 1, 2018, during the second attempt at service, the process server spoke with a security guard who identified himself as "Tom" and confirmed that Defendants reside at the subject address but were out of the country.

7. I have been informed by Same Day Process Service, Inc. that on March 17, 2018, during the sixth attempt at service, a man who is apparently Defendants' house attendant provided the process server with contact information, including a Maryland telephone number, for a Mr. Tom Price, whom the house attendant claimed is representing Defendants in this matter.

8. My co-counsel and I have made several attempts to contact Mr. Price over the course of the following month using the phone number provided by the house attendant and the contact information for the Tom Price who is a member of the Maryland Bar. On April 13, 2018, Mr. Price responded by email, indicating that he has been on an extended vacation and that he is not authorized to accept service on Defendants' behalf.

I declare, under penalty of perjury under the laws of the United States and Virginia that the foregoing is true and correct, and that I executed this Declaration on April 30, 2018 in Washington, D.C.

/s/ _____
Agnieszka M. Fryszman