**From:** Same Day Process Service, Inc. [mailto:update@samedayprocess.com]
**Sent:** Monday, March 19, 2018 9:22 PM
**To:** Edwards, Tyler J. <TEdwards@jenner.com>
**Subject:** Status on Your Account#()

# Status Items

Status on Your Account:
Serve On: Mohammad Bin Abdullah Al Saud
Court Case: 1:18-cv-00211-TSE-JFA

| Date and Time | Jobnum | Address | Event Type | Detail |
|---|---|---|---|---|
| 03/17/2018 at 11:52 | 226230 | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempt | Gained access to the compound. Male, middle eastern, forties came outside. He explained that the subjects were overseas and he is the house attendant. He said he was not comfortable with giving his name or taking the documents on their behalf. He provided a contact name and number for the attorneys representing the Respondents. Tom Price, 301-704-8918 |
| 03/15/2018 at 21:21 | 226230 | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempt | I attempted to serve the subject at the secured residence but was unable to gain entry and there is no intercom. I waited in front of the building for approximately 10 minutes but no other residents entered or exited the building. |
| 03/10/2018 at 10:50 | 226230 | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempt | House has a secured gate and it was closed. No intercom system at the front gate. Could not see any movement within the house from the street. No movement in the driveway or lawn. Marked the front gate. |
| 03/06/2018 at 19:57 | 226230 | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempt | Attempted to serve the subject at the address and found the gate surrounding the property was closed with no access to the front door of the residence. I did not observe any security at the gate. I was able to look from the gate at the house and noticed no lights on from within. |

| | | | | |
|---|---|---|---|---|
| 03/01/2018 at 21:23 | 226230 | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempt | I spoke to the security who confirmed the subject resides at the address, but was not in at time of attempt. Additional information provided as follows: Security Tom stated both subjects we're out of the country. |
| 02/28/2018 at 19:12 | 226230 | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempt | I received no response from within the residence. I observed no movement or activity from within the residence. I left a marker on the fence. |

Service Comments:
Additional Message: Should we see if the attorney will accept?

---

**Tyler J. Edwards**
Docketing Assistant

**Jenner & Block LLP**
1099 New York Avenue, NW, Washington, DC 20001-4412 | jenner.com
+1 202 637 6326 | TEL
+1 202 661 4917 | FAX
TEdwards@jenner.com
Download V-Card

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.