UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>  *Plaintiff*,<br><br>  v.<br><br>NOUF BINT NAYEF ABUL-AZIZ AL SAUD,<br>MOHAMMAD BIN ABDULLAH AL SAUD<br><br>  *Defendants*. | Case No.: 1:18-cv-211 |

**Notice of Waiver of Hearing**

Plaintiff waives a hearing on her Motion for Leave to Serve Process by Alternative Means (ECF No. 11).

Dated: April 30, 2018         Respectfully submitted,

                 /s/
Richard F. Levy (*pro hac vice*)     Nicholas Marritz
Jonathan A. Langlinais (*pro hac vice*)   LEGAL AID JUSTICE CENTER
JENNER & BLOCK LLP        6066 Leesburg Pike, Suite 520
1099 New York Avenue NW, Suite 900  Falls Church, VA 22041
Washington, DC 20001       (703) 720-5607
(202) 639-6000          nicholas@justice4all.org
rlevy@jenner.com

Agnieszka M. Fryszman (*pro hac vice*)  *Counsel for Plaintiff Simret Semere Tekle*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
(202) 408-4000
afryszman@cohenmilstein.com

Le'ake Fesseha (*pro hac vice*)
LE'AKE FESSEHA LAW OFFICE
901 S. Highland Street, Suite 312
Arlington, VA 22204
(703) 302-3410
leakef@hotmail.com