IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SIMRET SEMERE TEKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18cv0211 (TSE/JFA) |
| | ) | |
| NOUF BINT NAYEF ABUL-AZIZ AL SAUD, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER

On April 30, 2018, plaintiff filed a motion for leave to serve process by alternative means (Docket no. 11). Having considered the representations made in the motion, it is hereby

ORDERED that plaintiff's motion is granted, and plaintiff has leave to serve by: (1) posting a copy of the summons, complaint, and this order on the main entrance of defendants' home in Virginia; (2) mailing a copy of the summons, complaint, and this order to defendants' address in Virginia; and (3) sending a copy of the summons, complaint, and this order by FedEx to defendants' address in Jeddah, Saudi Arabia. Following service through these three means, plaintiff shall file a notice of service with the Clerk's Office affirming compliance with this order indicating the dates on which service was enacted through each method.

Entered this 16th day of May, 2018.           /s/
                                                                                       John F. Anderson
                                                                                       United States Magistrate Judge
                                                                                       John F. Anderson
                                                                                       United States Magistrate Judge

Alexandria, Virginia