IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br>　　　Plaintiff,<br><br>v.<br><br>NOUF BIN NAYEF ABUL- AL SAUD, et al.,<br>　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 1:18cv211<br>)<br>)<br>) |

## ORDER

Rule 4(m), Fed. R. Civ. P., requires all plaintiffs to serve all defendants within ninety (90) days of filing the complaint. In this case, Plaintiff filed her complaint on February 23, 2018, and therefore service was due on or before May 24, 2018. On May 16, 2018, United States Magistrate Judge John Anderson entered an order permitting plaintiff to serve the defendants by alternative means and requiring plaintiff to "file a notice of service with the Clerk's Office affirming compliance with this order indicating the dates on which service was enacted through each method." (Doc. 13.) Judge Anderson did not, however, extend the deadline to complete service. Thus, it appears plaintiff has missed Rule 4(m)'s May 24th service deadline.[1]

Accordingly,

Plaintiff is hereby warned that failure to serve defendants and to file a valid proof of service with the Court on or before **June 4, 2018 at 5:00 p.m.**, will result in the dismissal of plaintiff's claims without prejudice.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 30 2018

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　T. S. Ellis, III
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing in this record indicates that Rule 4(f), Fed. R. Civ. P., applies.