UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>*Plaintiff*,<br><br>v.<br><br>NOUF BINT NAYEF ABUL-AZIZ AL SAUD, MOHAMMAD BIN ABDULLAH AL SAUD<br><br>*Defendants*. | Case No.: 1:18-cv-211 |

**PLAINTIFF'S NOTICE OF SERVICE OF PROCESS**

Pursuant to the Court's minute order of May 16, 2018, Plaintiff Simret Semere Tekle hereby informs the Court that copies of the complaint (in both English and Arabic) and copies of the summons were delivered to defendants' address in Saudi Arabia on May 20, 2018. Declaration of Richard M. Levy, ¶¶ 3-5, Ex. 1. In addition, copies of the complaint and summons were posted on the entrance the defendants' home address in Virginia on May 16, 2018, and copies of the complaint and summons were mailed to the defendants' home address in Virginia on May 17, 2018. Declaration of Richard M. Levy, ¶ 6, Ex. 2.

Dated: May 25, 2018

Richard F. Levy (*pro hac vice*)
Jonathan A. Langlinais (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
(202) 639-6000
rlevy@jenner.com

Respectfully submitted,

/s/
Nicholas Marritz
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org

Agnieszka M. Fryszman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
(202) 408-4000
afryszman@cohenmilstein.com

Le'ake Fesseha (*pro hac vice*)
LE'AKE FESSEHA LAW OFFICE
901 S. Highland Street, Suite 312
Arlington, VA 22204
(703) 302-3410
leakef@hotmail.com

*Counsel for Plaintiff Simret Semere Tekle*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing Notice and associated documents today using the Court's CM/ECF system, which will cause a Notice of Electronic Filing to be sent to all counsel of record.

May 31, 2018

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz (VSB #89795)
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
Tel: 703-720-5607
Fax: 703-778-3454
nicholas@justice4all.org