UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>*Plaintiff*,<br><br>v.<br><br>NOUF BINT NAYEF ABUL-AZIZ AL SAUD, MOHAMMAD BIN ABDULLAH AL SAUD<br><br>*Defendants*. | **DECLARATION OF RICHARD F. LEVY**<br><br>Case No.: 1:18-cv-211 |

I, RICHARD F. LEVY, DECLARE:

1. I am an attorney at the law firm of Jenner & Block LLP and counsel to Plaintiff Simret Semere Tekle in the above-captioned matter. I submit this declaration in support of Plaintiff's Notice of Service of Process.

2. Jenner & Block LLP has retained the services of Same Day Process Service, Inc. to attempt personal service on Defendants Nouf bint Nayet Abul-Aziz Al Saud and Mohammad bin Abdullah Al Saud at their home in Great Falls, Virginia.

3. Appended hereto as Exhibit 1 is a true and correct copy of a report prepared by Same Day Process Service, Inc. which details the most recent attempt to serve copies of the complaint and summons on the Defendants.

4. I have been informed by Same Day Process Service, Inc. that it has successfully posted copies of the complaint and summons on the front entrance of the Defendants' home in Great Falls, Virginia on May 16, 2018.

1

5.      I have been informed by Same Day Process Service, Inc. that it mailed copies of the complaint and summons to the Defendants' home address in Great Falls, Virginia via first-class mail on May 17, 2018.

6.      Appended hereto as Exhibit 2 is a true and correct copy of a delivery confirmation from FedEx. The delivery confirmation notes that copies of the complaint and summons were delivered to the Defendants' address in Saudi Arabia on May 20, 2018.

I declare, under penalty of perjury under the laws of the United States and Virginia that the foregoing is true and correct, and that I executed this Declaration on May 25, 2018 in Chicago, IL.

/s/ _____
Richard F. Levy
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
(202) 639-6000
rlevy@jenner.com