## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia

**Simret Semere Tekle**

    Plaintiff(s),

VS.

**Nouf Bin Nayef Abul-Aziz Al Saud, et al**

    Defendant(s).

Attorney: Richard F. Levy

Jenner & Block LLP (DC)
1099 New York Ave., NW
Washington DC 20001



*226229*

**Case Number: 1:18-cv-00211-TSE-JFA**

Legal documents received by Same Day Process Service, Inc. on **02/28/2018** at **12:32 PM** to be served upon **Nouf Bin Nayef Abul-Aziz Al Saud at 10859 Wolfe Hill Ln., Great Falls, VA 22066**

I, **Rene Rivas**, swear and affirm that on **May 16, 2018** at **10:33 PM**, I did the following:

**POSTED** the **Order (Filed on 05-16-2018); Summons in a Civil Action; Complaint** by attaching a copy to the front door located at **10859 Wolfe Hill Ln. Great Falls VA 22066**. The attempt of service occurred:

| Date/Time | Address | Remarks |
|---|---|---|
| 02/28/2018-7:12 PM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | I received no response from within the residence. I observed no movement or activity from within the residence. I left a marker on the fence. |
| 03/01/2018-9:26 PM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | I spoke to the security who confirmed the subject resides at the address, but was not in at time of attempt. Additional information provided as follows: Security Tom stated both subjects we're out of the country. Return date was unsure |
| 03/06/2018-7:57 PM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempted to serve the subject at the address and found the gate surrounding the property was closed with no access to the front door of the residence. I did not observe any security at the gate. I was able to look from the gate at the house and noticed no lights on from within. |
| 03/10/2018-10:45 AM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | House has a secured gate and it was closed. No intercom system at the front gate. Couldn't see any movement within the house from the street. No movement in the driveway or lawn. Marked the front gate. |
| 03/15/2018-9:21 PM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | I attempted to serve the subject at the secured residence but was unable to gain entry and there is no intercom. I waited in front of the building for approximately 10 minutes but no other residents entered or exited the building. |
| 03/17/2018-11:52 AM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Gained access to the compound. Male, middle eastern, forties came outside. He explained that the subjects were overseas and he is the house attendant. He said he was not comfortable with giving his name or taking the documents on their behalf. He provided a contact name and number for the attorneys representing the Respondents. Tom Price, 301-704-8918 |
| 05/16/2018-10:33 PM | 10859 Wolfe Hill Ln. Great Falls, VA 22066 | Attempted to serve the subject at the address but found the property to be secured with no access past the gate. I posted the legal documents to the front gate and took a photograph of the posting. |

On **05/17/2018**, a copy of the legal documents were mailed to the defendant, via first class mail.

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:226229



District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____, 2018

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



Job #: 226230

POSTING

| | |
|---|---|
| ID: | 9483 - (COMPLETION PHOTO) |
| Server: | **Rene Rivas** |
| SubServer: | Rene Rivas |
| Addr: | 10859 Wolfe Hill Ln,, , Great Falls, VA 22066 |
| Time: | **2018:05:16 22:30:47** |
| Lat: | 38.97368611111 |
| Long: | -77.320755555556 |
| Notes: | JOB COMPLETED - Manner: POSTING |