

SHIPPING　　TRACKING　　Printing Services　　Locations　　Support　　　　　　Sign In

# FedEx® Tracking

**876343741945**

| | | |
|---|---|---|
| Ship date:<br>**Thu 5/17/2018** | **Delivered** | Actual delivery:<br>**Sun 5/20/2018 2:17 pm** |
| WASHINGTON, DC US | *Signed for by: W.WALEED ALMUSAWA* | MURJAN SA |

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **5/20/2018 - Sunday** | | |
| 2:17 pm | Delivered | MURJAN SA |
| 11:09 am | On FedEx vehicle for delivery | JEDDAH SA |
| 3:55 am | At local FedEx facility | JEDDAH SA |
| **5/18/2018 - Friday** | | |
| 5:53 am | Departed FedEx location | MEMPHIS, TN |
| 5:37 am | In transit | MEMPHIS, TN |
| 4:56 am | In transit | MEMPHIS, TN |
| 3:22 am | In transit | MEMPHIS, TN |
| 2:25 am | In transit | MEMPHIS, TN |
| **5/17/2018 - Thursday** | | |
| 11:45 pm | Arrived at FedEx location | MEMPHIS, TN |
| 9:17 pm | Left FedEx origin facility | WASHINGTON, DC |
| 7:07 pm | Picked up | WASHINGTON, DC |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking Number | 876343741945 | Service | FedEx International Priority |
| Weight | 1 lbs / 0.45 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 1 lbs / 0.45 kgs |
| Terms | Shipper | Shipper reference | 64910 - 10007 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**
Change Country

English　　×

Ask FedEx

**FOLLOW FEDEX**

© FedEx 1995-2018　　　　Feedback　|　Site Map　|　Terms of Use　|　Security & Privacy