UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

SIMRET SEMERE TEKLE,

    *Plaintiff*,

v.

NOUF BINT NAYEF ABUL-AZIZ AL SAUD
MOHAMMAD BIN ABDULLAH AL SAUD

    *Defendants*.

Case No.: 1:18-cv-211-TSE-JFA

## **MEMORANDUM IN OPPOSITION TO DEFENANTS' MOTION TO DISMISS**

On June 8, 2018, Defendants moved to dismiss Count 5 of Plaintiff's complaint. (ECF No. 23). On June 22, 2018, Plaintiff filed an amended complaint. (ECF No. 28). As this court has observed, "It is well settled that an amended pleading supersedes the original, and motions directed at superseded pleadings must be denied as moot." *Dykes v. Portfolio Recovery Associates, LLC*, 306 F.R.D. 529, 530 (E.D. Va. 2015), citing *Young v. City of Mount Ranier* [sic], 238 F.3d 567, 573 (4th Cir. 2001). Therefore, Defendants' motion to dismiss the original Complaint should be denied as moot.

Dated: June 22, 2018

Richard F. Levy (*pro hac vice*)
Jonathan A. Langlinais (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
(202) 639-6000
rlevy@jenner.com

Respectfully submitted,

/s/ Nicholas Cooper Marritz
Nicholas Cooper Marritz, VSB #89795
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org

Agnieszka M. Fryszman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com

Le'ake Fesseha (*pro hac vice*)
LE'AKE FESSEHA LAW OFFICE
901 S. Highland Street, Suite 312
Arlington, VA 22204
(703) 302-3410
leakef@hotmail.com

Martina E. Vandenberg (*pro hac vice*)
Sarah L. Bessell (*pro hac vice*)
THE HUMAN TRAFFICKING LEGAL CENTER
1030 15th Street NW, #104B
Washington, D.C. 20005
(202)-716-8485
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

## **CERTIFICATE OF SERVICE**

I certify that I uploaded the foregoing document to the Court's CM/ECF system today, which will cause a Notice of Electronic Filing and a link to the document to be sent to all counsel of record.

/s/ Nicholas Cooper Marritz                                        June 22, 2018
Nicholas Cooper Marritz, VSB #89795
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org