IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SIMRET SEMERE TECKLE, | ) | |
| | ) | |
| v. | ) | Civil No. 1:18-cv-211 |
| | ) | |
| NOUF BIN NAYEF ABUL | ) | |
| - AL SAUD, | ) | |
| et al., | | |

## ORDER

On June 22, 2018, plaintiff filed an amended complaint as a matter of right,[1] thereby superseding the original complaint and mooting defendants' motion to dismiss. Accordingly,

It is hereby **ORDERED** that defendants' motion to dismiss (Doc. 23) is **DENIED AS MOOT**.

As required by federal rule,[2] defendant shall have fourteen (14) days from the date the amended complaint was filed to file a responsive pleading.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
June 25, 2018

/s/
T. S. Ellis, III
United States District Judge

---

[1] See Fed. R. Civ. P. 15(a)(1)(B).

[2] See Fed. R. Civ. P. 15(a)(3).