**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SIMRET SEMERE TEKLE ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 1:18-cv-00211 |
| ) | |
| NOUF BINT NAYEF ABUL-AZIZ AL SAUD and ) | |
| MOHAMMAD BIN ABDULLAH AL SAUD ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud, by and through undersigned counsel, move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice the Fifth Claim for Relief in Plaintiff's Amended Complaint (Dkt. 28) for failure to state a claim upon which relief can be granted. The grounds supporting Defendants' Motion to Dismiss are set forth in the accompanying Memorandum.

Dated: July 6, 2018

Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB# 37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email:  John.Brownlee@hklaw.com
Email:  Stuart.Nash@hklaw.com
Email:  David.Haller@hklaw.com

*Counsel for Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of July, 2018, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee