## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| SIMRET SEMERE TEKLE | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No.:    1:18-cv-00211 |
| | ) | |
| NOUF BINT NAYEF ABUL-AZIZ AL SAUD and | ) | |
| MOHAMMAD BIN ABDULLAH AL SAUD | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 27, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud, by and through undersigned counsel, will move this Court to grant their Motion to Strike paragraphs 14, 15, 16, and 17 from Plaintiff's Amended Complaint (Dkt. 28).

The first available Friday that is at least twenty-one (21) days past the filing date is July 27, 2018.  Therefore, in accordance with E.D. Va. Local Rule 7(E), Defendants have noticed the hearing for July 27, 2018.

Dated: July 6, 2018

Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB# 37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email: John.Brownlee@hklaw.com
Email: Stuart.Nash@hklaw.com
Email: David.Haller@hklaw.com

*Counsel for Defendants Nouf bint Nayef*
*Abul-Aziz al Saud and Mohammad bin*
*Abdullah al Saud*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 6th day of July, 2018, a true copy of the foregoing was served via

electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

/s/ John L. Brownlee
John L. Brownlee

3