**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SIMRET SEMERE TEKLE ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 1:18-cv-00211 |
| ) | |
| NOUF BINT NAYEF ABUL-AZIZ AL SAUD and ) | |
| MOHAMMAD BIN ABDULLAH AL SAUD ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on September 7, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud, by and through undersigned counsel, will move this Court to grant their Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 31).

On July 9, 2018, the Court advised the parties that motions will not be heard on July 27, 2018, and instructed the parties to file an Amended Notice of Hearing for a date after August 16, 2018. The first Friday after August 16, 2018, on which all parties are available is September 7, 2018. Therefore, Defendants have noticed the hearing for September 7, 2018.

Dated: July 10, 2018                                         Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB# 37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email: John.Brownlee@hklaw.com

2

        Email:  Stuart.Nash@hklaw.com
        Email: David.Haller@hklaw.com

*Counsel for Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of July 2018, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee