UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>NOUF BINT NAYEF ABUL-AZIZ AL SAUD, MOHAMMAD BIN ABDULLAH AL SAUD<br><br>    *Defendants*. | Case No.: 1:18-cv-211 |

I, RICHARD F. LEVY, DECLARE:

1. I am an attorney at the law firm of Jenner & Block LLP and counsel to Plaintiff Simret Semere Tekle in the above-captioned matter.

2. Appended hereto as Exhibit A is a true and accurate copy of the Form I-914 Supplement B to Ms. Tekle's application for T non-immigrant status, the Declaration of Law Enforcement Officer for Victim of Trafficking in Persons.

I declare, under penalty of perjury under the laws of the United States and Virginia that the foregoing is true and correct, and that I executed this Declaration on August 27, 2018 in Chicago, IL.

/s/
Richard F. Levy
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
(202) 639-6000
rlevy@jenner.com

1