# EXHIBIT A

OMB No. 1615-0099; Expires 07/31/2016

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

## Form I-914, Supplement B, Declaration of Law Enforcement Officer for Victim of Trafficking in Persons

**START HERE** - Type or print in blank ink. This form should be completed by Federal, State, or local law enforcement authorities for victims under the Victims of Trafficking and Violence Protection Act, Public Law 106-386, as amended.

### PART A. Victim Information

**Family Name** *(Last Name)*: TEKLE
**Given Name** *(First Name)*: Simret
**Middle Name** *(if any)*: Semere

**Other Names Used** *(include maiden name/nickname)*: None

**Date of Birth** *(mm/dd/yyyy)*: [redacted]
**Gender**: ☐ Male  ☒ Female

**A-Number** *(if known)*: [redacted]
**Social Security Number** *(if known)*: [redacted]

### Part B. Agency Information

**Name of Certifying Agency**: Homeland Security Investigations, Washington DC
**Name of Certifying Official**: Loretta Veres
**Title and Division/Office of Certifying Official**: Group Supervisor/ HSI DC

**Agency Address** - Street Number and Name: [redacted]
**Suite No.**: [redacted]
**City**: [redacted]
**State/Province**: Virginia
**Zip/Postal Code**: [redacted]

**Daytime Phone No.** *(area code and/or extension)*: [redacted]
**Fax No.** *(with area code)*: [redacted]

**Agency Type**: ☒ Federal  ☐ State  ☐ Local

**Case Status**: ☒ On-going  ☐ Completed  ☐ Local _____

**Certifying Agency Category**: ☐ Judge  ☒ Law Enforcement  ☐ Prosecutor  ☐ Other _____

**Case Number**: DC15IT13DC0016
**FBI No. or SID No.** *(if applicable)*:

### For USCIS Use Only

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| **Resubmitted** | |
| Date | |
| Date | |
| **Reloc Sent** | |
| Date | |
| Date | |
| **Reloc Rec'd** | |
| Date | |
| Date | |

**Remarks**

### Part C. Statement of Claim

1. The applicant is or has been a victim of a severe form of trafficking in persons. Specifically, he or she is a victim of: *(Check all that apply. Base your analysis on the practices to which the victim was subjected rather than on the specific violations charged, the counts on which convictions were obtained, or whether any prosecution resulted in convictions. Note that the definitions that control this analysis are not the elements of criminal offenses, but are those set forth at 8 CFR 214.11(a).)*

   ☐ Sex trafficking in which a commercial sex act was induced by force, fraud, or coercion. Sex trafficking means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

   ☐ Sex trafficking and the victim is under the age of 18.

**Part C. Statement of Claim     (Continued)**

- [X] The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services through the use of force, fraud, or coercion for subjection to involuntary servitude, peonage, debt bondage, or slavery.

- [ ] Not applicable.

- [ ] Other, specify on attached additional sheets.

2. Please describe the victimization upon which the applicant's claim is based and identify the relationship between that victimization and the crime under investigation/prosecution. Attach the results of any name or database inquiry performed in the investigation of the case, as well as any relevant reports and findings. Include relevant dates, etc. Attach additional sheets, if necessary.

> Tekle was victimized through the commission of violations of 18 USC 1546, Visa Fraud and 18 USC 1589, Forced Labor when she was trafficked into the US. When Tekle arrived in the US she was instructed by her employer that she was prohibited from leaving the residence, she was prohibited from taking breaks, and she was not allowed to speak with anyone outside the residence. Tekle was also told by her employer that Americans would attack her if she went outside. Tekle said she was called a "whore," "colored" and a "donkey" by her employer. Tekle said she was constantly monitored by video surveillance and her passport was confiscated by her employer when she entered the US.

3. Has the applicant expressed any fear of retaliation or revenge if removed from the United States? If yes, explain. Attach additional sheets, if necessary.

> The only fear Tekle expressed was for her aunt in Saudi Arabia who she believes could be jailed based on her decision to leave her employers.

4. Provide the date(s) on which the acts of trafficking occurred.

| Date (mm/dd/yyyy) | Date (mm/dd/yyyy) | Date (mm/dd/yyyy) | Date (mm/dd/yyyy) |
|---|---|---|---|
| 01/07/2012 | 04/01/2012 | | |

5. List the statutory citation(s) for the acts of trafficking being investigated or prosecuted, or that were investigated or prosecuted.

> 18 U.S.C. 1589- Forced Labor and 18 U.S.C. 1546- Visa Fraud

6. Provide the date on which the investigation or prosecution was initiated.

Date (mm/dd/yyyy)
01/14/2013

7. Provide the date on which the investigation or prosecution was completed (if any).

Date (mm/dd/yyyy)

## Part D. Cooperation of Victim *(Attach additional sheets, if necessary)*

The applicant:

[X] Has complied with requests for assistance in the investigation/prosecution of the crime of trafficking. *(Explain below.)*

[ ] Has failed to comply with requests to assist in the investigation/prosecution of the crime of trafficking. *(Explain below.)*

[ ] Has not been requested to assist in the investigation/prosecution of any crime of trafficking.

[ ] Has not yet attained the age of 18.

[ ] Other, specify on attached additional sheets.

Tekle has participated in an interview with officials from the US Department of State-Diplomatic Security Service, Homeland Security Investigations, and the US Department of Justice.

## Part E. Family Members Implicated In Trafficking

[ ] Yes  [X] No   Are any of the applicant's family members believed to have been involved in his or her trafficking to the United States? If "Yes," list the relative(s) and describe the involvement. Attach additional sheets if necessary.

| Full Name | Relationship | Involvement |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Part F. Attestation

Based upon investigation of the facts, I certify, under penalty of perjury, that the above noted individual is or has been a victim of a severe form of trafficking in persons as defined by the VTVPA. I certify that the above information is true and correct to the best of my knowledge, and that I have made, and will make, no promises regarding the above victim's ability to obtain a visa from U.S. Citizenship and Immigration Services, based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the acts of trafficking of which he/she is a victim, I will notify USCIS.

Signature of Law Enforcement Officer *(identified in Part B)*   Date (mm/dd/yyyy): 4-23-15

Signature of Supervisor of Certifying Officer   Date (mm/dd/yyyy): 4/24/15

Printed Name of Supervisor: Clark E. Settles, Special Agent in Charge