IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, <br> Plaintiff, <br> v. <br> NOUF BIN NAYEF ABUL-AZIZ AL SAUD <br> MOHAMMAD BIN ABDULLAH AL SAUD, <br> Defendants. | Case No. 1:18-cv-211 |

## ORDER

On August 27, 2018, plaintiff filed a motion for leave to file a short sur-reply to defendants' Motion to Dismiss Count Five of the First Amended Complaint. In light of the representations made in the motion, and for good cause shown,

It is hereby **ORDERED** that plaintiff's Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss (Doc. 44) is **GRANTED** and that Plaintiff's Proposed Sur-Reply to Defendants' Motion to Dismiss (Doc. 45) is hereby **DEEMED** filed.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 5, 2018

/s/
T. S. Ellis, III
United States District Judge