**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SIMRET SEMERE TEKLE ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.:   1:18-cv-00211 |
| ) | |
| NOUF BINT NAYEF ABUL-AZIZ AL SAUD and ) | |
| MOHAMMAD BIN ABDULLAH AL SAUD ) | |
| ) | |
| *Defendants*. ) | |
| _____) | |

## DEFENDANTS' MOTION TO RECONSIDER THE COURT'S ORDER OF SEPTEMBER 5, 2018

Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud ("Defendants"), by and through undersigned counsel, hereby submit this Motion to Reconsider the Court's Order of September 5, 2018 (ECF 47).  The grounds supporting Defendants' Motion to Reconsider are set forth in the accompanying Memorandum.

Dated: September 5, 2018               Respectfully submitted,

                                        /s/ John L. Brownlee
                                        John L. Brownlee (VSB# 37358)
                                        Stuart G. Nash (*pro hac vice*)
                                        David L. Haller (*pro hac vice*)
                                        HOLLAND & KNIGHT LLP
                                        1650 Tysons Boulevard, Suite 1700
                                        Tysons, VA  22102
                                        Telephone: 703.720.8600
                                        Facsimile: 703.720.8610
                                        Email: John.Brownlee@hklaw.com
                                        Email: Stuart.Nash@hklaw.com
                                        Email: David.Haller@hklaw.com

                                        *Counsel for Defendants Nouf bint Nayef*
                                        *Abul-Aziz al Saud and Mohammad bin*
                                        *Abdullah al Saud*

2

## CERTIFICATE OF SERVICE

I certify that on this 5th day of September, 2018, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz,
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee

#58267255_v1