# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SIMRET SEMERE TEKLE           ) | |
|       *Plaintiff*,           ) | |
| v.           ) | Case No.:   1:18-cv-00211 |
| NOUF BINT NAYEF ABUL-AZIZ AL SAUD and )<br>MOHAMMAD BIN ABDULLAH AL SAUD   ) | |
|       *Defendants*.           ) | |

## DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO RECONSIDER THE COURT'S ORDER OF SEPTEMBER 5, 2018

Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud ("Defendants"), by and through undersigned counsel, hereby submit this memorandum in support of their motion to reconsider the Court's Order of September 5, 2018 (ECF 47).

On August 27, 2018, Plaintiff filed a Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss (ECF 44). The motion was filed more than a month after Defendants' reply brief, and less than two weeks before the scheduled hearing on the matter at issue. Under Eastern District of Virginia Local Rules, Defendants were entitled to 14 days to respond the motion, but, obviously, given the time at which Plaintiff's counsel elected to file their motion, Defendants did not have the full 14 days to respond.

Defendants had drafted an opposition to Plaintiff's motion and were preparing to file it, which would have been timely by several days under the rules, when they received notice that the Court had granted the Motion for Leave to File Sur-Reply.

Defendants respectfully request that the Court accept the filing of the attached Memorandum in Opposition to Plaintiff's Motion for Leave to File Sur-Reply to Defendants' Motion to Dismiss and, for the reasons contained therein, reconsider its decision to grant Plaintiff's motion.

Dated: September 5, 2018

Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB# 37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email:  John.Brownlee@hklaw.com
Email:  Stuart.Nash@hklaw.com
Email:  David.Haller@hklaw.com

*Counsel for Defendants Nouf bint Nayef Abul-Aziz al Saud and Mohammad bin Abdullah al Saud*

## **CERTIFICATE OF SERVICE**

I certify that on this 5th day of September, 2018, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz,
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee

#60408933_v1