# EXHIBIT A

## Nash, Stuart G (WAS - X75158)

| | |
|---|---|
| **From:** | Nash, Stuart G (WAS - X75158) |
| **Sent:** | Monday, August 27, 2018 5:32 PM |
| **To:** | AFryszman@cohenmilstein.com |
| **Subject:** | Motion to File Sur-Reply |

Agnieszka:

    Good afternoon. As we had discussed, I am writing to memorialize our telephone conversation from earlier this afternoon.

    Based on the representations made in the draft pleading you shared with us earlier today, we are now in a position to appreciate that the issue of when Ms. Tekle first reported to law enforcement her allegations that she was the victim of human trafficking and/or involuntary servitude is an issue of fact, and is therefore not properly the subject of argument in the context of a motion to dismiss. We propose to advise Judge Ellis, at the commencement of the hearing on September 7, that we are withdrawing that aspect of our argument.

    Because we are, in effect, conceding your right to the relief that is the subject of your sur-reply, we oppose your motion for leave to file the sur-reply.

    Thank you for taking the time to have a meaningful meet and confer today.

    Best,

    Stuart


**Stuart Nash | Holland & Knight**
Partner
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, DC 20006
Phone 202.469.5158 | Fax 202.955.5564
stuart.nash@hklaw.com | www.hklaw.com

Add to address book | View professional biography

1