IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:18-cv-211 |
| NOUF BIN NAYEF ABUL-AZIZ AL ) | |
| SAUD ) | |
| MOHAMMAD BIN ABDULLAH AL ) | |
| SAUD, ) | |
| Defendants. ) | |
| ) | |

### ORDER

On August 27, 2018, plaintiff filed a motion for leave to file a short sur-reply to defendants' Motion to Dismiss Count Five of the First Amended Complaint. On September 5, 2018, an order issued, granting plaintiff's motion. On that same day, defendants filed a Motion for Reconsideration of the order, arguing that defendants no longer dispute the issue that plaintiff's sur-reply seeks to clarify. For good cause shown, and for the sake of fairness,

It is hereby **ORDERED** that defendants' Motion to Reconsider the Court's Order of September 5, 2018 (Doc. 48) is **DENIED**.

It is further **ORDERED** that defendants may file a sur-surreply in response to plaintiff's sur-reply by the close of business on September 6, 2018, if defendants so desire.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 6, 2018

/s/
T. S. Ellis, III
United States District Judge