## ** CIVIL MOTION MINUTES **

Date: 09/07/2018                                              Before the Honorable: T.S. ELLIS, III

Time: 12:10PM-12:55PM (00:45)                    Civil Case No.: 1:18-CV-00211-TSE-JFA

Official Court Reporter: Tonia Harris

Courtroom Deputy: Margaret Pham

## SIMRET SEMERE TEKLE

## v.

## NOUF BIN NAYEF ABUL-AL SAUD et al

Appearances of Counsel for:

( X ) Plaintiff:   Nicholas C. Marritz, Richard F. Levy, Jonathan A. Langlinais
                          Agnieszka M. Fryszman
( X ) Defendant: John L. Brownlee, Stuart G. Nash, David L. Haller
(    ) Other:

**Re:**     Defendant's Motion [31] to Dismiss for Failure to State a Claim
              Defendant's Motion [34] to Strike Amended Complaint

Argued and:

( **X** ) Granted            ( **X** ) Denied              (   ) Granted in part/Denied in part

(   ) Taken Under Advisement                    (   ) Continued to

(   ) Report and Recommendation to Follow

- Motion to Dismiss – GRANTED w/ leave to amend (all facts to be pled under Rule 11 to be included); time for answer/response tolled until amended complaint filed
- Motion to Strike - DENIED

( **X** ) Order to Follow