IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:18-cv-211 |
| NOUF BIN NAYEF ABUL-AZIZ AL ) | |
| SAUD ) | |
| MOHAMMAD BIN ABDULLAH AL ) | |
| SAUD, ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter came before the court on defendants' motion to dismiss and motion to strike.

For the reasons stated from the bench, and for good cause shown,

It is hereby **ORDERED** that defendant's motion to dismiss (Doc. 31) must be **GRANTED** and plaintiff's First Amended Complaint (Doc. 28) is **DISMISSED** without prejudice.

It is further **ORDERED** that plaintiff has leave to amend and is directed to file her amended complaint by 5:00 PM on September 27, 2018.

It is further **ORDERED** that the deadline by which defendants must file a responsive pleading is tolled until plaintiff's second amended complaint is filed, and that after the second amended complaint is filed the Rules will govern.

It is further **ORDERED** that defendants' motion to strike (Doc. 34) must be **DISMISSED** and that defendants may later renew the motion to strike if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia

September 7, 2018

/s/
_____
T. S. Ellis, III
United States District Judge