**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SIMRET SEMERE TEKLE | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )     Case No.:     1:18-cv-00211 |
| | ) |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD | ) |
| and MOHAMMAD BIN ABDULLAH AL SAUD | ) |
| | ) |
| *Defendants*. | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 30, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Mohammad Bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud, by and through undersigned counsel, will move this Court to grant their Motion to Dismiss (Dkt. 56).

The first available Friday that is at least 21 days past the filing date is November 2, 2018. However, counsel for Defendants is unavailable on November 2, 2018 and counsel for Plaintiff is unavailable on November 9, 2018 and November 16, 2018. Therefore, Defendants have noticed the hearing for Friday, November 30, 2018.

Dated: October 11, 2018

Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB# 37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email: John.Brownlee@hklaw.com

Email: Stuart.Nash@hklaw.com
Email: David.Haller@hklaw.com

*Counsel for Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 11th day of October, 2018, a true copy of the foregoing was served via

electronic case filing to:

Nicholas Cooper Marritz,
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee