## ** CIVIL MOTION MINUTES **

Date: 11/30/2018                                   Judge:   **T.S. Ellis, III**
                                                   Reporter: T.Harris

Time: 11:43 a.m. – 12:05 p.m.


Civil Action Number:   1:18-CV-00211-TSE-JFA


**SIMRET SEMERE TEKLE**

vs.

**AL SAUD, et al**


Appearances of Counsel for       (X) Plaintiff(s): Nicholas Marritz
                                 (x) Defendant(s): John Brownlee


Motion to/for:
[56] Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint

Matter heard and argued.



( X ) Case taken under advisement.
( X ) Order to Follow.