IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br>　　Plaintiff,<br>　　v.<br><br>NOUF BIN NAYEF ABUL-AZIZ AL SAUD<br>MOHAMMAD BIN ABDULLAH AL SAUD,<br>　　Defendants. | Case No. 1:18-cv-211 |

## ORDER

This matter came before the court on defendants' motion to dismiss Count 5 of plaintiff's second amended complaint. The parties appeared for argument on November 30, 2018.

For good cause,

It is hereby **ORDERED** that defendants' motion to dismiss (Doc. 56) is taken under advisement

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
November 30, 2018

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　T. S. Ellis, III
　　　　　　　　　　　　　　　　　United States District Judge