IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SIMRET TEKLE

      v.                        Civil Action No. 1:18cv211

NOUF BIN NAYEF ABUL- AL SAUD, et al.

## ORDER

Plaintiff, an Eritrean domestic servant, is suing her former employers, members of the Saudi royal family. In her five-count Second Amended Complaint, plaintiff, who served as one of defendants' nannies here in the United States, alleges (i) that she was brought to the United States from Saudi Arabia by defendants for the purpose of involuntary servitude and forced labor, in violation of 18 U.S.C. § 1590; (ii) that she was forced and coerced into labor through a scheme, plan, pattern and practice of physical and psychological abuse, enforced isolation, threats of serious harm, and threatened abuse of legal process, in violation of 18 U.S.C. § 1589; (iii) that defendants withheld her travel documents, including her passport, in furtherance of their human trafficking scheme, in violation of 18 U.S.C. § 1592; (iv) that defendant involuntarily enslaved her for a period of seven months and would not permit her to leave, in violation of 18 U.S.C. § 1584; and (v) that defendants breached the terms of the parties' contract by failing to pay plaintiff the agreed sums and by forcing her to work more than forty hours per week.

To assist in the timely administration of this case,

It is hereby **ORDERED** that all future matters, including consideration of dispositive motions, are **REFERRED** to United States Magistrate Judge John Anderson

pursuant to 28 U.S.C. § 636 to issue orders and reports and recommendations, as he deems appropriate.[1]

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
February 5, 2019

/s/

T. S. Ellis, III
United States District Judge

---

[1] The parties are reminded that they may consent to the Magistrate Judge's jurisdiction to dispose of this motion (and any others) as if he were the District Judge.