# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>   *Plaintiff*,<br><br>  v.<br><br>NOUF BINT NAYEF ABUL-AZIZ AL SAUD,<br>MOHAMMAD BIN ABDULLAH AL SAUD<br><br>   *Defendants*. | Case No.: 1:18-cv-211 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on March 29, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will hold a hearing on Plaintiff's motion to dismiss Defendants' counterclaim (Dkt. 70).

| | |
|---|---|
| Dated: March 8, 2019 | Respectfully submitted, |
| | /s/ |
| Richard F. Levy (*pro hac vice*) | Nicholas Marritz |
| Jonathan A. Langlinais (*pro hac vice*) | LEGAL AID JUSTICE CENTER |
| JENNER & BLOCK LLP | 6066 Leesburg Pike, Suite 520 |
| 1099 New York Avenue NW, Suite 900 | Falls Church, VA 22041 |
| Washington, DC 20001 | (703) 720-5607 |
| (202) 639-6000 | nicholas@justice4all.org |
| rlevy@jenner.com | |
| | |
| Agnieszka M. Fryszman (*pro hac vice*) | |
| COHEN MILSTEIN SELLERS & TOLL PLLC | |
| 1100 New York Avenue NW, Fifth Floor | |
| Washington, DC 20005 | |
| (202) 408-4600 | |
| afryszman@cohenmilstein.com | |

Martina E. Vandenberg (*pro hac vice*)
Sarah L. Bessell (*pro hac vice*)
THE HUMAN TRAFFICKING LEGAL CENTER
1030 15th Street, NW #104B
Washington, DC 20005
(202) 716-8485
mvandenberg@htlegalcenter.org

Le'ake Fesseha (*pro hac vice*)
LE'AKE FESSEHA LAW OFFICE
901 S. Highland Street, Suite 312
Arlington, VA 22204
(703) 302-3410
leakef@hotmail.com


*Counsel for Plaintiff Simret Semere Tekle*