# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| SIMRET SEMERE TEKLE ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 1:18-cv-00211 |
| ) | |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD ) | |
| and MOHAMMAD BIN ABDULLAH AL SAUD ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF JOINT STIPULATED PROTECTIVE ORDER

Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud and Plaintiff Simret Semere Tekle jointly move the Court for entry of the attached Joint Stipulated Protective Order governing the use of confidential information during discovery.

Dated: March 12, 2019   Respectfully Submitted,

/s/ John L. Brownlee
John L. Brownlee VSB# 37358
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hav vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email: John.Brownlee@hklaw.com
Email: Stuart.Nash@hklaw.com
Email: David.Haller@hklaw.com

*Counsel for Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

/s/ Nicholas Marritz
Nicholas Cooper Marritz VSB #89795
Legal Aid Justice Center

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org

*Counsel for Plaintiff Simret Semere Tekle*

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of March, 2019, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz,
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee