# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE, | Case No.: 1:18-cv-211 |
| *Plaintiff*, | |
| v. | |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD MOHAMMAD BIN ABDULLAH AL SAUD | |
| *Defendants*. | |

I, NICHOLAS COOPER MARRITZ, DECLARE:

1.      I am an attorney at the Legal Aid Justice Center and counsel to Plaintiff Simret Semere Tekle in the above-captioned matter.

2.      Appended hereto as Exhibit A is a true and accurate copy of Plaintiff Simret Semere Tekle's First Set of Requests for Production of Documents.

3.      Appended hereto as Exhibit B is a true and accurate copy of Plaintiff Simret Semere Tekle's First Set of Requests for Admissions.

4.      Appended hereto as Exhibit C is a true and accurate copy of Plaintiff Simret Semere Tekle's First Set of Interrogatories.

5.      Appended hereto as Exhibit D is a true and accurate copy of Defendants' Responses to Plaintiff's First Requests for Production of Documents.

6.      Appended hereto as Exhibit E is a true and accurate copy of Defendants' Objections to Plaintiff's First Requests for Admission.

7.      Appended hereto as Exhibit F is a true and accurate copy of Defendants' Responses to Plaintiff's First Requests for Admission.

8.      Appended hereto as Exhibit G is a true and accurate copy of Defendants'

Objections to Plaintiff's First Interrogatories.

9.      Appended hereto as Exhibit H is a true and accurate copy of the Letter from John

L. Brownlee, Holland & Knight LLP, to Nicholas Cooper Marritz, Legal Aid Justice Center

(March 16, 2019).

10.     Appended hereto as Exhibit I is a true and accurate copy of an email I sent to

Defendants' counsel on March 15, 2019.


I declare, under penalty of perjury under the laws of the United States and Virginia that the foregoing is true and correct, and that I executed this Declaration on March 22, 2019 in Falls Church, VA.

                                        /s/ Nicholas Cooper Marritz
                                        Nicholas Cooper Marritz
                                        LEGAL AID JUSTICE CENTER
                                        6066 Leesburg Pike, Suite 520
                                        Falls Church, VA 22041
                                        (703) 720-5607
                                        nicholas@justice4all.org