# Exhibit A

# COHENMILSTEIN

Agnieszka M. Fryszman<br>
afryszman@cohenmilstein.com

September 14, 2018

*Via Email*
Stuart.Nash@hklaw.com
John.Brownlee@hklaw.com

Stuart G. Nash, Esq.
John L Brownlee, Esq.
Holland & Knight
800 17th Street N.W.
Suite 1100
Washington, DC 20006

     Re:    Re: *Tekle v. Al Saud*

Dear Messrs. Nash and Brownlee:

    Earlier this week, Jenner & Block sent you authorization forms for your clients to sign so that we can submit them with our renewed Freedom of Information Act request for Ms. Tekle's employment contract. As you know, the State Department will not release the contract without an authorization from your clients. As a result, it is impossible for us to obtain the contract without your consent and written authorization.

    We have not received the signed forms from your clients. Please let us know today if your clients are willing to sign the authorization forms, which I enclose again for your convenience.

                                  Sincerely,

                                  s/ Agnieszka M. Fryszman

                                  Agnieszka M. Fryszman

Attachments