# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

SIMRET SEMERE TEKLE,

     *Plaintiff*,

   v.

NOUF BINT NAYEF ABDUL-AZIZ AL
SAUD MOHAMMAD BIN ABDULLAH AL
SAUD

     *Defendants*.

Case No.: 1:18-cv-211

I, RICHARD F. LEVY, DECLARE:

    1.     I am an attorney at the law firm of Jenner & Block LLP and counsel to Plaintiff

Simret Semere Tekle in the above-captioned matter.

    2.     Appended hereto as Exhibit A is a true and accurate copy of the Letter from

Richard F. Levy, Jenner & Block LLP, to Stuart G. Nash and John L. Brownlee, Holland &

Knight LLP (Sept. 11, 2018).

I declare, under penalty of perjury under the laws of the United States and Virginia that the
foregoing is true and correct, and that I executed this Declaration on March 22, 2019 in Chicago,
IL.

                          /s/Richard F. Levy
                          Richard F. Levy
                          JENNER & BLOCK LLP
                          1099 New York Avenue NW, Suite 900
                          Washington, DC 20001
                          (202) 639-6000
                          rlevy@jenner.com