# Exhibit A

353 N. CLARK STREET CHICAGO, IL 60654-3456

JENNER & BLOCK LLP

September 11, 2018

Richard Levy
Tel +1 312 923 2648
Fax +1 312 923 2748
RLevy@jenner.com

*Via Email*

Stuart G. Nash, Esq.
John L Brownlee, Esq.
Holland & Knight
800 17th Street N.W.
Suite 1100
Washington, DC 20006
Stuart.Nash@hklaw.com
John.Brownlee@hklaw.com

Re:     *Tekle v. Al Saud*

Dear Messrs. Nash and Brownlee:

I write to request written authorization from your clients to the U.S. Department of State for release of their employment contract with Ms. Tekle.

Under Section 222(f) of the Immigration and Nationality Act (8 U.S.C. § 1202(f)), "records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance or refusal of visas…shall be considered confidential…." As such, the Department of State did not issue a copy of Ms. Tekle's employment contract in response to our Freedom of Information Act request.

However, the Department of State is permitted to release documents submitted or received by the applicant/requestor or others who have provided written authorizations for release of their documents. *See Medina-Hincapie v. Dep't of State*, 700 F.2d 737 (D.C. Cir. 1983).

If your clients are amenable, I have attached a written authorization form to provide to the Department of State.

Sincerely,

Richard F. Levy

Enclosure

CHICAGO   LONDON   LOS ANGELES   NEW YORK   WASHINGTON, DC          WWW.JENNER.COM

## Authorization for Release of Confidential Information

I _____Nouf bint Nayef Abul-Aziz Al Saud_____ authorize the U.S. Department of State to release the following information:

_Employment contract entered into between myself and Ms. Simret Semere Tekle in relation to Ms. Tekle's A-3 non-immigrant visa application_

I acknowledge by my signature that I understand that although I am not required to release my information, I am giving my consent to do so. Additionally, I understand that I may revoke this authorization in writing at any time, except for that information which has already been released with consent and prior to my revocation.

_____
Authorized Signature

_____
Print Name

_____
Date

2705399.1

## Authorization for Release of Confidential Information

I ____Mohammad bin Abdullah Al Saud_____ authorize the U.S. Department of State to release the following information:

<u>Employment contract entered into between myself and Ms. Simret Semere Tekle in relation to Ms. Tekle's A-3 non-immigrant visa application</u>

I acknowledge by my signature that I understand that although I am not required to release my information, I am giving my consent to do so. Additionally, I understand that I may revoke this authorization in writing at any time, except for that information which has already been released with consent and prior to my revocation.

_____
Authorized Signature

_____
Print Name

_____
Date

2705399.1