IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv0211 (TSE/JFA) |
| ) | |
| NOUF BINT NAYEF ABUL-AZIZ ) | |
| AL SAUD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On Friday, April 5, 2019, counsel for the parties appeared before the court and presented argument on defendants' motion to compel plaintiff's cooperation in discovery. (Docket no. 88). Upon consideration of the motion, memorandum in support (Docket no. 89), opposition (Docket no. 92), and reply (Docket no. 93), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion to compel is granted in part and denied in part.

Entered this 5th day of April, 2019.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia