**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SIMRET SEMERE TEKLE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.:   1:18-cv-00211 |
| ) | |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD ) | |
| and MOHAMMAD BIN ABDULLAH AL SAUD ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**DEFENDANTS' OBJECTIONS AND MOTION TO SET ASIDE A PORTION OF THE MAGISTRATE JUDGE'S MARCH 29, 2019 DISCOVERY ORDER**

Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud, by and through undersigned counsel, move, pursuant to Federal Rule of Civil Procedure 72(a), for an order setting aside that portion of Judge Anderson's March 29, 2019, discovery order compelling Defendants' to waive confidentiality protections afforded them under federal law and to join Plaintiff's Freedom of Information Act request to the United States Department of State. The grounds supporting Defendants' objections and motion are set forth in the accompanying memorandum.

Dated: April 9, 2019                                    Respectfully submitted,

/s/ John L. Brownlee
John L. Brownlee (VSB# 37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610

>    Email: John.Brownlee@hklaw.com
>    Email: Stuart.Nash@hklaw.com
>    Email: David.Haller@hklaw.com
>
>    *Counsel for Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

## CERTIFICATE OF SERVICE

I certify that on this 9th day of April, 2019, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

Andrew B. Cherry
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
acherry@jenner.com

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee