**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SIMRET SEMERE TEKLE ) <br> ) <br>    *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> NOUF BINT NAYEF ABDUL-AZIZ AL SAUD ) <br> and MOHAMMAD BIN ABDULLAH AL SAUD ) <br> ) <br>    *Defendants*. ) <br>                                                  ) | Case No.:    1:18-cv-00211 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on May 3, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Mohammad Bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud, by and through undersigned counsel, will move this Court to grant their Motion to Set Aside. ECF 99.

| | |
|---|---|
| Dated: April 9, 2019 | Respectfully submitted, <br><br> /s/ John L. Brownlee <br> John L. Brownlee (VSB# 37358) <br> Stuart G. Nash (*pro hac vice*) <br> David L. Haller (*pro hac vice*) <br> HOLLAND & KNIGHT LLP <br> 1650 Tysons Boulevard, Suite 1700 <br> Tysons, VA 22102 <br> Telephone: 703.720.8600 <br> Facsimile: 703.720.8610 <br> Email: John.Brownlee@hklaw.com <br> Email: Stuart.Nash@hklaw.com <br> Email: David.Haller@hklaw.com <br><br> *Counsel for Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud* |

## CERTIFICATE OF SERVICE

I certify that on this 9th day of April, 2019, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz,
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

Andrew B. Cherry
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
acherry@jenner.com

*Counsel for Plaintiff Simret Semere Tekle*

/s/ John L. Brownlee
John L. Brownlee