# Exhibit A

# THE HUMAN TRAFFICKING
# PRO BONO LEGAL CENTER
▲

August 23, 2017

Office of Information Programs and Services
A/GIS/IPS/RL
U. S. Department of State, SA-2
Washington, D. C. 20522-8100

    Re: Freedom of Information Act/Privacy Act Request

To Whom It May Concern:

    We represent Ms. Simret Semere Tekle, who has requested that we obtain her files. We request a full copy of the A-3 non-immigrant visa application for Ms. Tekle. This application file includes Ms. Tekle's completed visa application and a copy of Ms. Tekle's employment contract. As required by law, this contract includes a description of duties, hours of work, minimum wage, overtime work, payment, transportation to and from the United States, and other required terms of employment. Ms. Tekle's A-3 visa interview took place at the U.S. Consulate in Jeddah, Saudi Arabia. The visa was granted and issued in late September 2011.

Ms. Tekle's personal information is as follows:

<u>Subject of Request</u>
Simret Semere Tekle

<u>Date of Birth</u>
05/10/1987

<u>Place of Birth (city and state/country)</u>
Asmara, Eritrea

If you have any questions please do not hesitate to contact Martina Vandenberg at martina@htprobono.org or 202-716-8485. The requested records can be mailed to:

Simret Tekle
c/o The Human Trafficking Pro Bono Legal Center
1030 15th St. NW #104B
Washington, DC 200005

Sincerely,

Martina Vandenberg

The Human Trafficking Pro Bono Legal Center  ▲  1030 15th Street NW, #104 B, Washington, D.C. 20005
Phone: 202-670-3001  ▲  www.htprobono.org