# Exhibit B

CEAC DS-160 Report - Sensitive But Unclassified(SBU)



## PERSONAL

| | |
|---|---|
| Name Provided: | **TEKLE, SIMRET SEMERE** |
| Full Name in Native Language: | DOES NOT APPLY/TECHNOLOGY NOT AVAILABLE |
| Other Names Used: | NO |
| Do you have a telecode that represents your name? | NO |
| Date of Birth: | ▓▓▓▓ |
| Country/Region of Birth: | **ASMARA, ERITREA** |
| Country/Region of Origin (Nationality): | **ERITREA** |
| Do you hold or have you held any nationality other than the one indicated above on nationality? | NO |
| Sex: | **FEMALE** |
| Marital Status: | **SINGLE** |
| National Identification Number: | DOES NOT APPLY |
| U.S. Social Security Number: | DOES NOT APPLY |
| U.S. Taxpayer ID Number: | DOES NOT APPLY |

## PASSPORT

| | |
|---|---|
| Passport/Travel Document Type: | **REGULAR** |
| Passport/Travel Document Number: | ▓▓▓▓ |
| Passport Book Number: | DOES NOT APPLY |
| Country/Authority that Issued Passport/Travel Document: | **ERITREA** |

## TRAVEL

| | |
|---|---|
| The List of Purposes of Trip to the U.S. | |
| (1) Purpose of Trip: | **TEMP. BUSINESS PLEASURE VISITOR (B)** |
| Specify: | **BUSINESS & TOURISM (TEMPORARY VISITOR) (B1/B2)** |
| Intended Date of Arrival: | 20 SEPTEMBER 2011 |
| Intended Length of Stay in U.S.: | 2 MONTH(S) |
| Address where you will stay in the U.S.: | 601 NEW HAMPSHIRE AVENUE WASHINGTON, WASHINGTON 20037 |
| Person/Entity Paying for Your Trip: | COMPANY/ORGANIZATION |
| Name of Company/Organization Paying for Trip: | KING ABDULLAH PALACE |
| Telephone: | ▓▓▓▓ |
| Relationship to You: | EMPLOYER |
| Address of Company/Organization Paying: | KING ABDULLAH PALACE |
| City: | JEDDAH |
| State/Province: | WESTERN |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | SAUDI ARABIA |

## TRAVEL COMPANION

| | |
|---|---|
| Other Persons Traveling with You: | NO |

## US CONTACT

| | |
|---|---|
| Contact Person Name in the U.S.: | ALSAUD, HRH PRINCE MOHAMMED BIN ABDULLAH |
| Organization Name in the U.S.: | KING ABDULLAH PALACE |
| Relationship to You: | EMPLOYER |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

PLTF 000081
11/14/2017

## WORK, EDUCATION AND TRAINING

| | |
|---|---|
| City Where Issued: | **ERITREA** |
| State/Province Where Issued: | **WESTERN** |
| Country/Region Where Issued: | **ERITREA** |
| Issuance Date: | **05 SEPTEMBER 2009** |
| Expiration Date: | **04 SEPTEMBER 2012** |
| Have you ever lost a passport or had one stolen? | NO |

### Present Work/Education/Training

| | |
|---|---|
| Primary Occupation: | OTHER |
| Specify Other: | HOUSE MAID |
| Present Employer or School Name: | KING ABDULLAH PALACE |
| Address: | JEDDAH |
| City: | JEDDAH |
| State/Province: | WESTERN |
| Postal Zone/Zip Code: | DOES NOT APPLY |
| Country/Region: | SAUDI ARABIA |
| Work Phone Number: | ▇▇▇▇ |
| Monthly Income in Local Currency (if employed): | 4500 |
| Briefly Describe your Duties: | HOUSEMAID |

## ADDRESS AND PHONE

| | |
|---|---|
| Home Address: | KING ABULLAH PALACE |
| City: | JEDDAH |
| State/Province: | WESTERN |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | SAUDI ARABIA |
| Same Mailing Address? | YES |
| Primary Phone Number: | ▇▇▇▇ |
| Secondary Phone Number: | ▇▇▇▇ |
| Work Phone Number: | DOES NOT APPLY |
| Email Address: | ▇▇▇▇ |

## FAMILY

### Relatives

| | |
|---|---|
| Father's Surnames: | TEKLE |
| Father's Given Names: | SEMERE |
| Father's Date of Birth: | DO NOT KNOW |
| Is your father in the U.S.? | NO |
| Mother's Surnames: | AQIBA |

| | |
|---|---|
| U.S. Contact Address: | 601 NEW HAMPSHIRE AVENUE NEW WASGINGTON DC, WASHINGTON 20037 |
| Phone Number: | ▇▇▇▇ |
| Email Address: | ▇▇▇▇ |

## PREVIOUS US TRAVEL

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. visa? | NO |
| Have you ever been refused a U.S. Visa, or been refused admission to the United States, or withdrawn your application for admission at the port of entry? | **NO** |
| Has anyone ever filed an immigrant petition on your behalf with the United States Citizenship and Immigration Services? | NO |

## SECURITY AND BACKGROUND

### Part 1

| | |
|---|---|
| Do you have a communicable disease of public health significance? (Communicable diseases of public significance include chancroid, gonorrhea, granuloma inguinale, infectious leprosy, lymphogranuloma venereum, infectious stage syphilis, active tuberculosis, and other diseases as determined by the Department of Health and Human Services.) | NO |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |

### Part 2

| | |
|---|---|
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |

PLTF 000082
11/14/2017
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| Mother's Given Names: | MAASHU QBRAT |
| Mother's Date of Birth: | DO NOT KNOW |
| Is your mother in the U.S.? | NO |
| Do you have any immediate relatives, not including parents in the U.S.? | NO |
| Do you have any other relatives in the United States? | NO |

## LOCATION, PREPARER AND SUBMISSION

### Current Location

| | |
|---|---|
| Location where you will be submitting your application: | JEDDAH, SAUDI ARABIA |
| CEAC Version NO: | 01.01.01 |

### Preparer of Application

| | |
|---|---|
| Did anyone assist you in filling out this application? | NO |

### Submission

| | |
|---|---|
| Creation IP Address: | 90.148.185.135 |
| Submission IP Address: | 90.148.185.135 |
| Date of Submission: | 13 SEPTEMBER 2011 04:57:47 PM (GMT - 05.00) |

☑ SIGN AND SUBMIT LANGUAGE

| | |
|---|---|
| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Have you ever knowingly aided, abetted, assisted or colluded with an individual who has committed, or conspired to commit a severe human trafficking offense in the United States or outside the United States? | NO |

### Part 3

| | |
|---|---|
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment or the use of child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free will? | NO |
| Have you ever been directly involved in the coercive transplantation of human organs or bodily tissue? | NO |

### Part 4

| | |
|---|---|
| Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means? | NO |

### Part 5

| | |
|---|---|
| | NO |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PLTF 000083
11/14/2017

| | |
|---|---|
| Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court? | |
| Have you voted in the United States in violation of any law or regulation? | NO |
| Have you ever renounced United States citizenship for the purpose of avoiding taxation? | NO |

Enter the reason for reopening the applicant's DS-160 application below, then click "OK". If you did not intend to reopen the DS-160 application, click "Cancel".



PLTF 000084
11/14/2017
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER