IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, <br> Plaintiff, <br> v. <br><br> NOUF BIN NAYEF ABUL-AZIZ AL SAUD <br> MOHAMMAD BIN ABDULLAH AL SAUD, <br> Defendants. | Case No. 1:18-cv-211 |

## ORDER

Before the Court in this matter is defendants' Objections and Motion to Set Aside a Portion of the Magistrate Judge's March 29, 2019 Discovery Order (Dkt. 99). On April 29, 2019, defendants filed a notice of withdrawal, which reflects that defendants withdraw their motion because the parties have reached an agreement as to the dispute underlying defendants' motion.

Accordingly, for good cause shown,

It is hereby **ORDERED** that defendants' Objections and Motion to Set Aside a Portion of the Magistrate Judge's March 29, 2019 Discovery Order (Dkt. 99) is **WITHDRAWN** and is thus **TERMINATED AS MOOT**.

It is further **ORDERED** that the hearing on defendants' Objections and Motion to Set Aside a Portion of the Magistrate Judge's March 29, 2019 Discovery Order (Dkt. 99), currently scheduled for 10:00 A.M. on Thursday, May 2, 2019, is **CANCELLED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 30, 2019

/s/
T. S. Ellis, III
United States District Judge