# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | ) | |
|---|---|---|
| Tekle | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-211 (TSE/JFA) |
| al Saud, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 05/03/2019

//s// Simon Sandoval-Moshenberg
*Attorney's signature*

Simon Sandoval-Moshenberg (VSB No. 77110)
*Printed name and bar number*
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike #520
Falls Church VA 22041

*Address*

simon@justice4all.org
*E-mail address*

(703) 720-5605
*Telephone number*

(703) 778-3454
*FAX number*