# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>    *Plaintiff*,<br>  v.<br><br>NOUF BINT NAYEF ABDUL-AZIZ AL SAUD<br>MOHAMMAD BIN ABDULLAH AL SAUD<br><br>    *Defendants*. | Case No.: 1:18-cv-211 |

I, SATENIK "SATI" HARUTYUNYAN, DECLARE:

1. I am an attorney at the law firm of Jenner & Block LLP and counsel to Plaintiff Simret Semere Tekle in the above-captioned matter.

2. Appended hereto as Exhibit A is a true and accurate copy of the Letter to John L. Brownlee and Stuart G. Nash, Holland & Knight LLP, from Sati Harutyunyan, Jenner & Block LLP (April 26, 2019).

3. Appended hereto as Exhibit B is a true and accurate copy of the Letter from John L. Brownlee and Stuart G. Nash, Holland & Knight LLP, to Sati Harutyunyan, Jenner & Block LLP (April 29, 2019).

I declare, under penalty of perjury under the laws of the United States and Virginia that the foregoing is true and correct, and that I executed this Declaration on May 3, 2019 in Washington, DC.

                                                  /s/ Satenik "Sati" Harutyunyan
                                                Sati Harutyunyan
                                                JENNER & BLOCK LLP
                                                1099 New York Avenue NW, Ninth Floor
                                                Washington, DC 20001
                                                (202) 637-6347
                                                sharutyunya@jenner.com