# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

**Simret Semere Tekle**,

    *Plaintiff*,

v.

**Nouf bint Nayef Abdul-Aziz Al Saud** and **Mohammad bin Abdullah al Saud**,

    *Defendants*.

Case No.: 1:18-cv-211

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion for a Protective Order, that motion is hereby GRANTED.

Entered this ___ day of _____, 2019.

_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia