# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>    *Plaintiff*,<br>  v.<br><br>NOUF BINT NAYEF ABDUL-AZIZ AL SAUD MOHAMMAD BIN ABDULLAH AL SAUD<br><br>    *Defendants*. | Case No.: 1:18-cv-211 |

I, SATENIK "SATI" HARUTYUNYAN, DECLARE:

1.    I am an attorney at the law firm of Jenner & Block LLP and counsel to Plaintiff Simret Semere Tekle in the above-captioned matter.

2.    Appended hereto as Exhibit 1 is a true and accurate copy of Defendants' First Set of Requests for Admission to Plaintiff Simret Semere Tekle, which Defendants served on April 24, 2019.

3.    On April 26, 2019, I met and conferred with Counsel for Defendants (John L. Brownlee, Stuart G. Nash, and other attorneys from Holland & Knight LLP).

4.    Appended hereto as Exhibit 2 is a true and accurate copy of the email summarizing the April 26, 2019 meet and confer sent to Counsel for Defendants (John L. Brownlee, Stuart G. Nash, and other attorneys from Holland & Knight LLP).

5.    Appended hereto as Exhibit 3 is a true and accurate copy of Defendants' Third Interrogatories to Plaintiff Simret Semere Tekle, which Defendants serve on April 24, 2019.

I declare, under penalty of perjury under the laws of the United States and Virginia that the foregoing is true and correct, and that I executed this Declaration on May 6, 2019 in Washington, DC.

/s/ Satenik "Sati" Harutyunyan
Sati Harutyunyan
JENNER & BLOCK LLP
1099 New York Avenue NW, Ninth Floor
Washington, DC 20001
(202) 637-6347
sharutyunya@jenner.com