IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D

MAY 1 0 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

SIMRET SEMERE TEKLE,                     )
                                         )
                    Plaintiff,           )
                                         )
        v.                               )        Civil Action No. 1:18cv0211 (TSE/JFA)
                                         )
NOUF BINT NAYEF ABUL-AZIZ AL             )
SAUD, *et al.*,                          )
                                         )
                    Defendants.          )
_____)

## ORDER

On Friday, May 10, 2019, counsel for the parties appeared before the court to present argument on plaintiff's motion to compel the depositions of Nouf Bint Nayef Abul-Aziz Al Saud and Mohammad Bin Abdullah Al Saud to take place in the Eastern District of Virginia or in a neutral location. (Docket no. 119). Upon consideration of the motion, memorandum in support (Docket no. 120), opposition (Docket no. 131), and reply (Docket no. 133), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's motion to compel is granted.

Entered this 10th day of May, 2019.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia