IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SIMRET SEMERE TEKLE, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:18cv0211 (TSE/JFA)
)
NOUF BINT NAYEF ABUL-AZIZ AL )
SAUD, *et al.*, )
)
Defendants. )

## ORDER

On Friday, May 10, 2019, counsel for the parties appeared before the court to present argument on defendants' motion for supplementary relief to compel plaintiff to comply with this court's April 5, 2019 discovery order. (Docket no. 122). Upon consideration of the motion, memorandum in support (Docket no. 123), opposition (Docket no. 130), and reply (Docket no. 132), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion to compel is granted in part. Plaintiff shall produce unredacted copies of her medical records to defendants to be reviewed by counsel of record and testifying experts only.

Entered this 10th day of May, 2019.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia