# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

SIMRET SEMERE TEKLE,

                Plaintiff,

v.

NOUF BINT NAYEF ABDUL-AZIZ AL SAUD, MOHAMMAD BIN ABDULLAH AL SAUD,

                Defendants.

Case No. 1:18-cv-211

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBTS SUBJECT TO THE PROTECTIVE ORDER

      Pursuant to Local Civil Rule 5, Plaintiffs move to file under seal one exhibit containing deposition testimony. This document is an exhibit to their Memorandum in Opposition to Defendants' Motion to Compel Plaintiff's and Plaintiffs' Counsel's Testimony. Plaintiffs' counsel conferred with Defense counsel, who do not oppose this motion to seal.

      Plaintiff's brief and four out of five exhibits are not being filed under seal. The final exhibit is a deposition transcript. The transcript was designated as "Confidential" pursuant to the Joint Stipulated Protective Order entered in this case, Dkt 74. The Joint Stipulated Protective Order requires parties seeking to file "Confidential Material" to redact the material from the filing, submit the material ex parte, or seek permission to file under seal. In order to comply with the Stipulated Protective Order, Plaintiffs therefore move to file this one exhibit under seal. Filing under seal is appropriate. The parties will have an opportunity to unseal any relevant

material before trial and Plaintiffs are willing to file a redacted transcript on the record, so the portions cited in their motion are available to the public, if the Court so orders.

| | |
|---|---|
| Dated: May 15, 2019 | Respectfully submitted,<br><br>/s/ Simon Sandoval-Moshenberg<br>Simon Sandoval-Moshenberg, VSB #77110<br>Legal Aid Justice Center<br>6066 Leesburg Pike, Suite 520<br>Falls Church, VA 22041<br>(703) 720-5605<br>simon@justice4all.org |
| Richard F. Levy (*pro hac vice*)<br>Jonathan A. Langlinais (*pro hac vice*)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 923-2648<br>rlevy@jenner.com | |

Agnieszka M. Fryszman (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
afryszman@cohenmilstein.com

Le'ake Fesseha (*pro hac vice*)
LE'AKE FESSEHA LAW OFFICE
901 S. Highland Street, Suite 312
Arlington, VA 22204
(703) 302-3410
leakef@hotmail.com

Martina E. Vandenberg (*pro hac vice*)
Sarah L. Bessell (*pro hac vice*)
THE HUMAN TRAFFICKING LEGAL CENTER
1030 15th Street, NW #104B
Washington, DC 20005
(202) 716-8485
mvandenberg@htlegalcenter.org

*Counsel for Plaintiff Simret Semere Tekle*

2