Date: 05/17/2019             Judge: JOHN F. ANDERSON
Reporter: FTR

Start: 10:23 a.m.
Finish: 11:34 a.m.

Civil Action Number: 1:18-cv-211-TSE-JFA

Simret Semere Tekle

vs.

Nouf Bint Nayef Abdul-Aziz Al Saud et al.

Appearances of Counsel for (X) Pltf (X) Deft
Motion to/for:
[125] MOTION FOR PROTECTIVE ORDER

[138] PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' UNTIMELY EXPERT REPORT

[141] PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO PREVENT HER COUNSEL FROM BEING DEPOSED IN THIS MATTER

[144] DEFENDANTS' MOTION TO COMPEL PRODUCTION OF ADDITIONAL MEDICAL RECORDS

[147] DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S AND PLAINTIFF'S COUNSEL'S TESTIMONY

Argued &

[125] – GRANTED IN PART/DENIED IN PART
[138] – DENIED
[141] – GRANTED IN PART/DENIED IN PART
[144] – GRANTED IN PART/DENIED IN PART
[147] – GRANTED IN PART/DENIED IN PART

(X) Orders to Follow