IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv0211 (TSE/JFA) |
| ) | |
| NOUF BINT NAYEF ABUL-AZIZ AL ) | |
| SAUD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the court on plaintiff's motion for a protective order relieving plaintiff from responding to 1,994 requests for admissions. (Docket no. 125). Upon consideration of the motion, memorandum in support (Docket no. 126), opposition (Docket no. 152), and reply (Docket no. 160), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's motion for a protective order is granted in part and denied in part.

Entered this 17th day of May, 2019.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia