IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SIMRET SEMERE TEKLE,                           )
                                               )
                    Plaintiff,                 )
                                               )
        v.                                     )      Civil Action No. 1:18cv0211 (TSE/JFA)
                                               )
NOUF BINT NAYEF ABUL-AZIZ AL                   )
SAUD, *et al.*,                                )
                                               )
                    Defendants.                )
_____ )

**ORDER**

On Friday, May 17, 2019, counsel for the parties appeared before the court to present

argument on defendants' motion to compel plaintiff's and plaintiff's counsel's testimony.

(Docket no. 147).  Upon consideration of the motion, memorandum in support (Docket no. 148),

opposition (Docket no. 153), and reply (Docket no. 163), and for the reasons stated from the

bench, it is hereby

        ORDERED that defendant's motion to compel plaintiff's and plaintiff's counsel's

testimony is granted in part and denied in part.

        Entered this 17th day of May, 2019.

                                        _____/s/_____
                                        John F. Anderson
                                        United States Magistrate Judge
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia