**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SIMRET SEMERE TEKLE, )<br>)<br>    *Plaintiff*, )<br>)<br>    v. )<br>)<br>NOUF BINT NAYEF ABDUL-AZIZ AL SAUD )<br>and MOHAMMAD BIN ABDULLAH AL SAUD, )<br>)<br>    *Defendants*. )<br>_____ ) | Case No.: 1:18cv00211 (TSE/JFA) |

## DEFENDANTS' OBJECTIONS AND MOTION TO SET ASIDE A PORTION OF THE MAGISTRATE JUDGE'S MARCH 10, 2019 DISCOVERY ORDER

Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud, by and through undersigned counsel, move, pursuant to Federal Rule of Civil Procedure 72(a), for an order setting aside that portion of Judge Anderson's May 10, 2019 discovery order compelling Defendants, compulsory counterclaimants in this case, to appear for depositions in the Eastern District of Virginia. The grounds supporting Defendants' objections and motion are set forth in the accompanying memorandum.

Dated: May 24, 2019

Respectfully submitted,

*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
Robert J. Farlow (VSB #87507)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
john.brownlee@hklaw.com
stuart.nash@hklaw.com
david.haller@hklaw.com
robert.farlow@hklaw.com

*Counsel for Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

## CERTIFICATE OF SERVICE

I certify that on this 24th day of May, 2019, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Andrew B. Cherry
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
acherry@jenner.com

Satenik Harutyunyan
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
sharutyunyan@jenner.com

Simon Sandoval Moshenberg
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

*Counsel for Plaintiff Simret Semere Tekle*

*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)