# EXHIBIT A

# Haller, David L (WAS - X75430)

| | |
|---|---|
| **From:** | Brownlee, John L (WAS - X71854, TYS - X78053) |
| **Sent:** | Monday, April 01, 2019 3:43 PM |
| **To:** | Nicholas Marritz; sbessell@htlegalcenter.org; Harutyunyan, Sati; mvandenberg@htlegalcenter.org |
| **Cc:** | Nash, Stuart G (WAS - X75158); Haller, David L (WAS - X75430); Levy, Richard F.; Brownlee, John L (WAS - X71854, TYS - X78053) |
| **Subject:** | RE: Depositions of Mr. and Mrs. al Saud |

Counsel — We also want to let you know that Mr. and Mrs. al Saud can be available on May 2 and 3 in Jeddah for the depositions.

Thank you, John

---

**From:** Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>
**Sent:** Monday, April 01, 2019 11:21 AM
**To:** Nicholas Marritz <nicholas@justice4all.org>; sbessell@htlegalcenter.org; Harutyunyan, Sati <SHarutyunyan@jenner.com>; mvandenberg@htlegalcenter.org
**Cc:** Nash, Stuart G (WAS - X75158) <Stuart.Nash@hklaw.com>; Haller, David L (WAS - X75430) <David.Haller@hklaw.com>; Brownlee, John L (WAS - X71854, TYS - X78053) <john.brownlee@hklaw.com>; Levy, Richard F. <RLevy@jenner.com>
**Subject:** Depositions of Mr. and Mrs. al Saud

Counsel — We wanted to get back with you regarding the depositions for Mr. and Mrs. al Saud. They can be available on May 9-10 and 16-17 in Jeddah. We looked at the case law after the hearing on Friday and believe conducting the depositions at the country of their residence is appropriate. Please let us know if either of those date sets work for you.

Thanks, John

**John L. Brownlee | Holland & Knight**
Holland & Knight LLP
800 17th Street N.W., Suite 1100 | Washington, DC 20006
1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102
Phone 202.828.1854 | Mobile 202.309.0722
john.brownlee@hklaw.com | www.hklaw.com

Add to address book | View professional biography