# EXHIBIT D

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>Plaintiff,<br><br>v.<br><br>NOUF BINT NAYEF ABDUL-AZIZ AL SAUD MOHAMMAD BIN ABDULLAH AL SAUD,<br><br>Defendants. | Case No. 1:18-cv-211 |

## NOTICE OF ORAL VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and pursuant to Local Civil Rule 30, Ms. Simret Tekle ("Ms. Tekle"), will take the oral videotaped deposition of Nouf Bint Nayef Abdul-Aziz Al Saud. The deposition shall commence on April 23, 2019, for seven hours beginning at 9:00 a.m., and April 24, 2019, for seven hours beginning at 9:00 a.m., at the offices of the Legal Aid Justice Center, 6066 Leesburg Pike #520, Falls Church, VA 22041, or at such other time and location as agreed upon by the parties.

The deposition will be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be videotaped and recorded by stenographic means.

Date: April 8, 2019
      Falls Church, VA

NICHOLAS COOPER MARRITZ

1

Nicholas Cooper Marritz, VSB #89795
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org

## CERTIFICATE OF SERVICE

I, Nicholas Cooper Marritz, certify that on April 8, 2019, I caused the foregoing notice of deposition to be served by electronic mail to the following:

John L. Brownlee
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Email: John.Brownlee@hklaw.com

Stuart G. Nash
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Email: Stuart.Nash@hklaw.com

David L. Haller
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Email: David.Haller@hklaw.com

*Counsel for Defendants*

NICHOLAS COOPER MARRITZ

Nicholas Cooper Marritz, VSB #89795
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>Plaintiff,<br><br>v.<br><br>NOUF BINT NAYEF ABDUL-AZIZ AL SAUD MOHAMMAD BIN ABDULLAH AL SAUD,<br><br>Defendants. | Case No. 1:18-cv-211 |

## NOTICE OF ORAL VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and pursuant to Local Civil Rule 30, Ms. Simret Tekle ("Ms. Tekle"), will take the oral videotaped deposition of Mohammad Bin Abdullah Al Saud. The deposition shall commence on April 25, 2019, for seven hours beginning at 9:00 a.m., and April 26, 2019, for seven hours beginning at 9:00 a.m., at the offices of the Legal Aid Justice Center, 6066 Leesburg Pike #520, Falls Church, VA 22041, or at such other time and location as agreed upon by the parties.

The deposition will be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths. The deposition will be videotaped and recorded by stenographic means.

Date: April 8, 2019
      Falls Church, Virginia

NICHOLAS COOPER MARRITZ

1

Nicholas Cooper Marritz, VSB #89795
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org

## CERTIFICATE OF SERVICE

I, Nicholas Cooper Marritz, certify that on April 8, 2019, I caused the foregoing notice of deposition to be served by electronic mail to the following:

John L. Brownlee
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Email: John.Brownlee@hklaw.com

Stuart G. Nash
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Email: Stuart.Nash@hklaw.com

David L. Haller
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Email: David.Haller@hklaw.com

*Counsel for Defendants*

NICHOLAS COOPER MARRITZ

_____
Nicholas Cooper Marritz, VSB #89795
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 720-5607
nicholas@justice4all.org