# EXHIBIT H

ABOUT US   OUR PEOPLE   OUR WORK   OUR PUBLIC SERVICE   JOIN US   LIBRARY   SEARCH

---

**OUR WORK**

| Overview | Our Work | From the Library |

**INVESTIGATIONS, COMPLIANCE AND DEFENSE**

False Claims Act and Qui Tam

FCPA and Anti-Corruption

Internal Investigations

## FCPA AND ANTI-CORRUPTION

*Since its enactment in 1977, the Foreign Corrupt Practices Act (FCPA) has had a lasting and profound effect on the way companies and individuals do business within the United States and abroad. In recent years, the Act has moved front and center in the news because of increasingly aggressive government enforcement by the US Department of Justice and US Securities and Exchange Commission. Companies across all sectors have lost hundreds of millions of dollars – and suffered irreparable harm to their business reputation, stock price, valuation and general good will – as the result of criminal and civil FCPA sanctions.*

Jenner & Block has one of the nation's leading FCPA practices, representing global companies in defense of FCPA claims and in all phases of compliance with the FCPA and other anti-corruption laws, from training and development of internal controls, compliance counseling, internal investigations and negotiations with the United States and other governments.

The hallmark of a strong FCPA practice is keeping its clients out of trouble: by working with in-house lawyers and business people to develop appropriate internal controls that meet the specific needs of the company and that detect/prevent violations; by designing and/or conducting regular training of company personnel; by structuring, advising on, and conducting anti-corruption due diligence, whether for third-party service providers or in the context of acquisitions; and by counseling on the resolution of specific compliance issues as they arise in day-to-day business operations.

Our lawyers have developed compliance programs for major multi-national companies across numerous sectors of the economy, including defense industries, financial institutions, oil and gas, media companies, government contractors of all kinds, retail establishments, among others, and provided training to literally tens of thousands of corporate personnel as well as for smaller businesses with fewer than 500 employees. Our FCPA team also brings a nuanced understanding of the intersections of the FCPA with federal securities laws, Sarbanes-Oxley, Dodd-Frank, export control laws and other anti-corruption laws, including the UK Bribery Act.

When issues arise, our clients benefit from Jenner & Block's world-class reputation and skill in conducting internal investigations. Our range and depth of experience enables us to conduct internal investigations with care and rigor, ensuring that our clients have obtained the facts they need and that the investigation will withstand the strictest of scrutiny by regulators. At the same time, we understand how to operate flexibly and expeditiously, the need to conduct investigations in an efficient and flexible manner that is sensitive to the needs of our clients' business operations. Jenner & Block also provides our clients with seasoned judgment to assess the gravity and veracity of the allegations and to make informed decisions under difficult, often time-sensitive circumstances. We advise clients on the most effective methods to mitigate the impact of any alleged misconduct, including the potential benefits and risks of voluntary disclosure when appropriate.

Jenner & Block brings longstanding experience in negotiating and resolving matters with the Department of Justice, the Securities and Exchange Commission and other authorities. We have represented many companies before these enforcement authorities, in all stages of enforcement actions, from initial investigation by the government to final settlement. We also have a deep understanding of trends in FCPA enforcement and the regulators' approach to the issues our clients face. As a result, we understand how to advocate effectively for



BUSINESS GUIDE TO ANTI-CORRUPTION LAWS 2018
DOWNLOAD



BUSINESS GUIDE TO ANTI-CORRUPTION LAWS 2018 MID-YEAR UPDATE
DOWNLOAD

---

**OUR PRACTICE IS GLOBAL**



*(Click map to enlarge)*

our clients before the relevant government agencies in order to help achieve the best possible resolution

We offer clients a wealth of experience, with two former US attorneys, the former associate attorney general (third-ranking official in the US. Department of Justice), and former assistant United States attorneys from jurisdictions throughout the country. In addition, the practice includes several former SEC enforcement attorneys, including the former associate director of the SEC's Division of Enforcement. As a group, our lawyers have represented dozens of companies in FCPA and anti-corruption matters of all types.

Our FCPA practice literally spans the globe. We have conducted dozens of FCPA investigations, compliance reviews and due diligence counseling for major corporate clients in jurisdictions across the world, including Afghanistan, Algeria, Argentina, Azerbaijan, Austria, Albania, Belgium, Bolivia, Brazil, Cambodia, Colombia, China, Croatia, Czech Republic, Democratic Republic of Congo, Ecuador, England, Equatorial Guinea, Egypt, France, Gabon, Germany, Ghana, Greece, India, Indonesia, Iraq, Japan, Korea, Kuwait, Mexico, Myanmar, Nepal, the Netherlands, the Philippines, Romania, the Russian Federation, Saudi Arabia, Slovenia, Switzerland, Taiwan, Thailand, United Arab Emirates, United States, Uzbekistan, Venezuela and Zimbabwe.