# Exhibit K

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

SIMRET SEMERE TEKLE )
)
*Plaintiff*, )
)
v. ) Case No.: 1:18-cv-00211
)
NOUF BINT NAYEF ABDUL-AZIZ AL SAUD )
and MOHAMMAD BIN ABDULLAH AL SAUD )
)
*Defendants*. )
)

I, Mohammad bin Abdullah al Saud, declare as follows:

1. I currently live in Jeddah, Saudi Arabia.

2. I lived in the United States from 2008 to 2013. I returned to Jeddah in 2013 and Jeddah has been my place of residence since 2013.

3. I have not traveled to the United States of America since 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2019
bin Abdullah al Saud

Mohammad