# Exhibit L

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

SIMRET SEMERE TEKLE )
)
*Plaintiff*, )
)
v. ) Case No.: 1:18-cv-00211
)
NOUF BINT NAYEF ABDUL-AZIZ AL SAUD )
and MOHAMMAD BIN ABDULLAH AL SAUD )
)
*Defendants*. )
)

I, Nouf bint Nayef Abdul Aziz al Saud, declare as follows:

1. I currently live in Jeddah, Saudi Arabia.

2. I lived in the United States from 2008 to 2013. I returned to Jeddah in 2013 and Jeddah has been my place of residence since 2013.

3. I have not traveled to the United States of America since 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2019          Nouf bint
Nayef Abdul-Aziz al Saud

20