# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| SIMRET SEMERE TEKLE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 1:18cv00211 (TSE/JFA) |
| ) | |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD ) | |
| and MOHAMMAD BIN ABDULLAH AL SAUD, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on June 21, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud, by and through undersigned counsel, will move this Court to grant their Motion to Set Aside (ECF 189). Counsel for both parties have conflicts on June 14, 2019.

Dated: May 24, 2019

Respectfully submitted,

*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
Robert J. Farlow (VSB #87507)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
john.brownlee@hklaw.com
stuart.nash@hklaw.com
david.haller@hklaw.com
robert.farlow@hklaw.com

*Counsel for Defendants Mohammad bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

# CERTIFICATE OF SERVICE

I certify that on this 24th day of May, 2019, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Satenik Harutyunyan
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
sharutyunyan@jenner.com

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

Andrew B. Cherry
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
acherry@jenner.com

Simon Sandoval Moshenberg
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

*Counsel for Plaintiff Simret Semere Tekle*

　
*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)