UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SIMRET SEMERE TEKLE,<br><br>    *Plaintiff*,<br> v.<br><br>NOUF BINT NAYEF ABUL-AZIZ AL SAUD,<br>MOHAMMAD BIN ABDULLAH AL SAUD<br><br>    *Defendants*. | Case No.: 1:18-cv-211 |

### CERTIFICATE OF SERVICE

I hereby certify that I uploaded a copy of the foregoing document (ECF No. 220) to the Court's CM/ECF system today, which will cause a Notice of Electronic Filing and a link to the document to be sent to all counsel of record.

June 7, 2019

/s/ Nicholas C. Marritz
Nicholas C. Marritz (VSB #89795)
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, Va. 22041
Tel: 703-720-5607
Fax: 703-778-3454
Email: nicholas@justice4all.org
*Counsel for Plaintiff*