**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| SIMRET SEMERE TEKLE, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No.: 1:18cv00211 (TSE/JFA) |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD and MOHAMMED BIN ABDULLAH AL SAUD, | ) ) ) ) |
| *Defendants*. | ) ) ) |

**NOTICE OF STIPULATED DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, submit this Notice of Stipulated Dismissal dismissing Defendants' counterclaim with prejudice.

Dated: June 20, 2019                                             Respectfully submitted,

*/s/ Nicholas Cooper Marritz*
Nicholas Cooper Marritz, VSB #89795
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 750-5607
nicholas@justice4all.org

*Counsel for Plaintiff Simret Semere Tekle*

*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
Robert J. Farlow (VSB #87507)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email:  John.Brownlee@hklaw.com
Email:  Stuart.Nash@hklaw.com
Email:  David.Haller@hklaw.com
Email:  Robert.Farlow@hklaw.com

*Counsel for Defendants Mohammed bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of June, 2019, a true copy of the foregoing was served via electronic case filing to:

Nicholas Cooper Marritz
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
nicholas@justice4all.org

Richard F. Levy
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
rlevy@jenner.com

Jonathan A. Langlinais
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
jalanglinais@jenner.com

Agnieszka M. Fryszman
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, DC 20005
afryszman@cohenmilstein.com

Le'ake Fesseha
Le'ake Fesseha Law Office
901 S. Highland Street, Suite 312
Arlington, VA 22204
leakef@hotmail.com

Martina Elizabeth Vandenberg
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
mvandenberg@htlegalcenter.org

Sarah Linnell Bessell
The Human Trafficking Legal Center
1030 15th Street NW, Suite 1048
Washington, DC 20005
sbessell@htlegalcenter.org

Andrew B. Cherry
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
acherry@jenner.com

Satinek Harutyunyan
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, DC 20001
sharutyunyan@jenner.com

Simon Y. Sandoval-Moshenberg
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
simon@justice4all.org

*Counsel for Plaintiff Simret Semere Tekle*

*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)