**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| SIMRET SEMERE TEKLE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:18cv00211 (TSE/JFA) |
| | ) | |
| NOUF BINT NAYEF ABDUL-AZIZ AL SAUD | ) | |
| and MOHAMMED BIN ABDULLAH AL SAUD, | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, submit this Notice of Stipulated Dismissal dismissing Defendants' counterclaim with prejudice.

Dated: June 20, 2019

Respectfully submitted,

*/s/ Nicholas Cooper Marritz*
Nicholas Cooper Marritz, VSB #89795
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 750-5607
nicholas@justice4all.org

*Counsel for Plaintiff Simret Semere Tekle*

*/s/ John L. Brownlee*
John L. Brownlee (VSB #37358)
Stuart G. Nash (*pro hac vice*)
David L. Haller (*pro hac vice*)
Robert J. Farlow (VSB #87507)
HOLLAND & KNIGHT LLP
1650 Tysons Boulevard, Suite 1700
Tysons, VA  22102
Telephone: 703.720.8600
Facsimile: 703.720.8610
Email: John.Brownlee@hklaw.com
Email: Stuart.Nash@hklaw.com
Email: David.Haller@hklaw.com
Email: Robert.Farlow@hklaw.com

*Counsel for Defendants Mohammed bin Abdullah al Saud and Nouf bint Nayef Abdul-Aziz al Saud*

So Ordered

/s/ 6/21/19

T. S. Ellis, III
United States District Judge